UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

STATE OF TENNESSEE

v.  NO. 3:22-CR-117
(VARLAN/MCCOOK)

KHADIJAH ADAMS

## RESPONSE TO MOTION TO CONTINUE

Comes the Defendant, Khadijah Adams, by and through counsel, and submits that Ms. Adams does not object to defendant Bandie's motion to continue the trial and other deadlines in this matter.

Respectfully submitted this the 13th day of December, 2023.

s/Joseph Fanduzz
Joseph A. Fanduzz (BPR No. 026296)
Attorney for Khadijah Adams
800 South Gay Street, Suite 2250
Knoxville, TN 37929
(865) 386-1519

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of Decemeber, 2023, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail.

                                            s/Joseph A. Fanduzz_____
                                            Joseph A. Fanduzz